# CAROLINE C. HARRISON
**Board Certified in Labor and Employment**
**Texas Board of Legal Specialization**

Pham Harrison LLP
505 Pecan Street, Suite 200
Fort Worth, Texas 76102
(817) 632-6311
Charrison@phamharrison.com

**Experience**

**Pham Harrison, LLP, Fort Worth, Texas:** *Managing Partner July 2015 to Present*
Employment litigation, avoidance, and counseling practice assisting employers in a variety of areas including discrimination and retaliation based on gender, race, age, national origin, disability, and religion, the Family and Medical Leave Act, Unemployment Compensation appeals, Wage and Hour issues, and classification of employees under the Fair Labor Standards Act, and drafting and enforcing covenants not to compete and non-solicitation agreements and protection of trade secrets and confidential and proprietary information. Provide counseling on complex issues including discipline, termination, harassment, investigations, effective employment practices, litigation avoidance and accommodation of disabilities. Participate in negotiations and proceedings with the Equal Employment Opportunity Commission, the Texas Workforce commission, and the Fort Worth Human Relations Department.

**Cantey Hanger, Fort Worth, Texas:** *Partner – 2011 to July 2015, Vice Chair Litigation – 2015, Chair Associate Training Committee – 2007 to July 2015, Associate –2004 to 2010*
Litigation practice focusing on employment litigation and counseling.

**Honorable Terry R. Means, Judge for the United States District Court, Northern District of Texas,** *Extern, Fall 2003, Spring 2004*

**Law Office of Antonio Olvera, Jr.,** Dallas, Texas, *Law Clerk, Summer 2002*

**Cinemark USA,** Plano, Texas
*Operations Trainer   1998 to 2000; Theatre manager 1993 to 1998*

**Education**

**Texas Wesleyan University School of Law**, Fort Worth, Texas
Juris Doctor, *cum laude*, May 2004
*Texas Wesleyan Law Review* Member 2002-2003; Articles Editor 2003-2004
Class Rank: Top 7%
Phi Delta Phi Legal Fraternity; Community Service Chair 2003-2004
Awarded Texas Wesleyan Law School Merit Scholarship 2002-2003, 2003-2004
Eldon B. Mahon Inn of Court student member 2003-2004

**The University of Texas at Arlington,** Arlington, Texas
Bachelor of Arts in Political Science*, summa cum laude*, 2001

**Honors**

Awarded the Texas A&M University School of Law Private Practice Achievement Award in 2021 (the inaugural year for the award)
Recognized as a "Super Lawyer" by Super Lawyers Magazine, a Thomson Reuters service, 2016-2022
Recognized as a "Rising Star" by Super Lawyers Magazine, a Thomson Reuters service, (2009-2015)
Recognized as by Fort Worth Magazine as one of 400 most influential people of 2020
Tarrant County Outstanding Young Lawyer 2010
40 under 40 2008, Fort Worth Business Press
Top Attorney, Fort Worth Magazine
Top Attorney, 360 West Magazine

**Court Admissions**

Admitted to the United States Court of Appeals for the 5th Circuit
Admitted to U.S. District Court for the Northern, Southern, Eastern & Western Districts of Texas
Admitted to Western District of Oklahoma

**Professional & Community Involvement**

Tarrant County Women Attorney Section, Chair 2022-23, Vice-Chair 2021-22, Treasurer 2019-2020
Tarrant County Women in the Law Luncheon Chair, 2019
Tech Fort Worth Mentor, 2019
American Heart Association Executive Leadership Team, Tarrant County Heart Ball 2019
Grapevine Elementary School Principal's Campus Excellence Committee 2015-2017
Texas Minority Council Program Steering Committee (2011-2018), Co-Chair (2015-2016)
Tarrant County Bar Association, (Director 2008; 2009-2010)
Tarrant County Young Lawyers Association, (President 2008; Board of Directors, 2005–2008);
Texas Bar Foundation
Tarrant County Bar Foundation
State Bar of Texas
College of the State Bar of Texas
Eldon B. Mahon Inn of Court (Barrister 2010-2013; Secretary, 2011-2012)
Texas Minority Council Program Steering Committee (2012-present); Co-Chair 2015-2016
Trustee, Speedway Children's Charities, Texas Chapter (2007 – 2103)
Northwest Metroport Chamber of Commerce Board of Directors (2013-2014)
Chair Northwest Metroport Chamber of Commerce Women in Business Division 2014-2015

**Representative Cases**

- Obtained summary judgment for BNSF in case involving allegations of FMLA interference and retaliation and discrimination, retaliation and denial of accommodation under the Rehabilitation Act. McIntire v. BNSF Railway Company, No. 4:19-CV-00174-P (N.D. Tex. September 21, 2021).
- Obtained summary judgment for food distributor in case involving allegations of disability discrimination in the United States District Court for the Northern District of Texas. *Douglas v. Ben E. Keith Company*, No. 3:19-CV-2824-BN (N.D. Tex. Sept 2, 2021).
- Obtained summary judgment for Univesco (owner of numerous apartment complexes) in FLSA litigation. Was also successful in defeating class certification prior to MSJ. *Jones v. Univesco*, No. 4:19-CV-509-SDJ (E.D. Tex. March 29, 2021).

- Obtained dismissal for Tarrant County College District based on lack of jurisdiction. *Childs v. Tarrant County College District*, No. 67-301745-18 (67th Dist. Ct. Tarrant County, Tex. March 13, 2019).
- Obtained summary judgment for food distributor in case involving allegations of race and gender discrimination and retaliation in the United States District Court for the Northern District of Texas. *McIntire v. Ben E. Keith Company*, No. 4:16-CV-1134-A, 2017 WL 4653447, (N.D. Tex. Oct. 17, 2017). On appeal the case was dismissed for want of prosecution.
- Defended Fortune 500 aerospace company against workers' compensation retaliation suit brought by a former employee in the 342nd District Court, Tarrant County. Obtained a complete defense verdict after a one-week trial. Newton v. Bell Helicopter Textron, Inc., No. 342-256582-11 (Feb 3, 2014).
- Obtained summary judgment for one of Tarrant County's largest non-profit providers of early childhood education in a case involving allegations of retaliation under the FMLA, the Rehab Act, and the Texas Family Code. The case was appealed to the 5th Circuit and was upheld on appeal. *Perkins v. Child Care Associates*, 751 Fed.Appx. 469 (5th Cir. 2018).
- Defended Fortune 500 aerospace company in a disability discrimination suit brought by a former employee in the Northern District of Texas. Obtained summary judgment for client.
- Defended Fortune 500 aerospace company in a Sabine Pilot case brought by the former President of one if its subsidiary companies. After a three-week jury trial, obtained a directed verdict for the client. Upheld on appeal. *Prieto v. Bell Aerospace Services, Inc. et al*, No. 02-11-00479-CV, 2013 WL5658146, (Tex. App.–Fort Worth, Oct. 17, 2013), pet. denied.
- Defended Fortune 500 aerospace company in an age discrimination and retaliation suit brought by a former employee in the Northern District of Texas. The case settled before trial.
- Defended Tarrant County's largest non-profit provider of early childhood education in a case involving allegations of retaliation under the Texas Family Code. Obtained a unanimous defense verdict after less than two hours of jury deliberation.
- Represented a local school district in a wrongful termination appeal to the Texas Education Agency. The case settled while on appeal.
- Represented former Chief Product Development Officer of a healthcare technology company in a breach of contract case. The case settled before trial.
- Defended national healthcare billing company in a tortious interference with contract and theft of trade secrets case. Obtained voluntary dismissal of all claims against client.
- Defended local hospital in two suits filed by former employees who were injured while at work. One case settled prior to trial and we obtained summary judgment for the client in the other.
- Represented local non-profit company in unemployment benefits appeal brought by former employee. Obtained summary judgment for client.
- Defended CPA in non-compete suit brought by former employer. Obtained summary judgment for client, which was affirmed on appeal. *Pickle v. Johnson*, No. 02-10-0036-CV, 2011 WL 4345233, (Tex. App.—Fort Worth, Sept. 15, 2011, no pet).


**Publications & Presentations**

- Employment in Texas: A Guide to Employment Laws, Regulations, and Practices, published by LexisNexis, Author of the 2018-2022 Editions
- *Avoiding Pitfalls of Workplace Terminations*, National Association of College and University Attorneys, March 2022
- *Red Flags Waving: Background Checks and Investigations*, Employment Panel, June 2021

- *Employment Law Changes under the Biden Administration,* Texoma Human Resource Management Association, April 2021
- *ARPA: Key Legislative Updates on FFCR and COBRA*, HUB International, March 2021
- *The Legal Landscape for Employers,* Tech Fort Worth, November 2020
- *The New Normal?*, National Institute of Pension Administrators, November 2020
- *Common Issues in the Workplace with Covid-19*, HUB International, September 2020
- *FFCRA: Employee v. Employer Perspective*, Tarrant County Bar Association, May 2020
- *Unemployment Benefits and PPP,* Cici's Pizza Franchisee Town Hall, April 2020
- *Update of the Families First Coronavirus Response Act and Payroll Protection Act*, Mass Mutual, April 2020
- *Still Confused about the FFCRA?*, Gus Bates, April 2020
- *Workplace Upheaval: What are the Laws?,* Tech Nest, April 2020
- *Coronavirus Town Hall: Protecting your Small Business,* Dyer Appliance Academy April 2020
- *Employment Law: Coronavirus Implications,* Gus Bates March 2020
- *A Few Dollars on the Front End Could "Exempt" you from a Massive Loss*, Fort Worth Business Press, February 2020
- *An Overview of Employment Law,* Guest Lecturer Texas A&M School of Law Entrepreneur and Non-Profit Clinic, October 2019
- *Hot Topics in Employment Law,* Gus Bates Annual HR Education Seminar, September 2019
- *Avoiding "I'll be Back" Employment Issues,* National Academy of Elder Law Attorneys, May 2019
- *Management Training: Interplay between the ADA and the FMLA,* Tarrant County College, November 2018
- *How to Prepare a Witness for Trial,* UTA Pre-Law Class, October 2018
- #Me Too, Texas Minority Counsel Program, October 2018
- *Keeping it Legal,* Child Care Associates Leadership Academy, August 2018
- *Why is Being a Rainmaker so Important*, Texas Minority Counsel Program, November 2017
- *Employment Law for Small Businesses*, This Week in Weddings Podcast, October 2017
- Starting & Running a Law Firm, Tarrant County Young Lawyers' Association, October 2017
- *On the Hook: Understanding the Joint Employer Relationship & Protecting Against Post Release Claims by Employees*, Tarrant County Bar Association Corporate Counsel Section, September 2017
- *Pitfalls in Hiring Temporary Workers*, Texas Total Rewards Conference, September 2017
- *How you Can Get Sued Still After Getting a Release from your Ex-Employee*, Chain Restaurant Total Rewards Conference, July 2017
- *How Your Performance Management System Impacts the Company*, North Texas Compensation, July 2017 & October 2017
- *Social Media Laws for Employers*, Business Assistance Council, May 2017
- *Changes to the FLSA White Collar Exemption*, Fort Worth Chamber of Commerce Job Links, October 2016
- *The Importance of Client Intake Screening*, Tarrant County Bar Association Transition to Practice Luncheon, September 2016
- *Religious Discrimination after Abercrombie*, The Imperative H.R. Conference, August 2016
- *Ways to Avoid Common Pitfalls in Employment Law*, United Way Executive Forum, October 2015
- *The FLSA*, Texas Advanced Paralegal Seminar, September 2015

- *Overview of the FMLA*, Tarrant County Bar Association, April 2015
- *Legal Implications of Using Volunteers*, DOVIA Tarrant County, November 2014 & July 2015
- *Non-Competition and Non-Solicitation Agreements,* Financial Executives International, Fort Worth Chapter, January 2014
- *The Realities of Being an Employer in 2013 (advice on how to avoid being sued)*, Gus Bates EPL Seminar, November 2013
- *The (over) Expansive Reach of the NLRA in the Private Sector*, HR Southwest Conference, October, 2013
- *Employment Law Conference*, Northwest Metroport Chamber of Commerce, April 2013
- *Top Misconceptions about Employee and Employer Rights*, Plaid for Women, August 2013
- *Top 5 Misconceptions Employers have about Employee Rights*, Women's Broadcast Network/Plaid Radio, July 2013
- *"Women in the Workplace"*, Broadcast Network/Plaid Radio, 5 Part Series 2013/2014
- *Hot Topics in Employment Law*, North Texas Association of Medical Administrators, November 2012
- *"Of Counsel" Attorneys: Employees or Independent Contractors*; Fort Worth Association of Legal Administrators, October 2012
- *Creating & Maintaining a Harassment Free Environment*, HR Southwest October 2012
- *Non-Competition Agreements & Non-Solicitation Agreement*s, Independent Insurance Agents of Tarrant County, April 2012
- *Top Five Things Every Non-Employment Attorney Should Know*, Texas Wesleyan School of Law Alumni All-Star CLE, October 2011
- *Hiring Do's & Don'ts*, Fort Worth Chamber Small Business Section, March 2011
- *Being Prepared for the Practice of Law*, Texas Wesleyan University School of Law, 2008
- *Sexual Harassment*, Fort Worth Chapter, Texas Society of CPA's, 2004