UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NATHANIEL KING,**

    Plaintiff,

v.                                                          **No. 4:22-CV-00929-P**

**DFW INTERNATIONAL AIRPORT BOARD,**

    Defendant.

## ORDER

Before the Court is Plaintiff's Notice of Vacation Letter. ECF No. 15. This Court does not recognize vacation letters. Accordingly, the Court **INSTRUCTS** the Clerk of Court to **STRIKE** and **UNFILE** Plaintiff's vacation letter. ECF No. 15.

**SO ORDERED** on this **7th day of March 2023.**

_____

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE