IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NATHANIEL KING** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-929-P |
| | § | |
| | § | |
| **DALLAS-FORT WORTH** | § | |
| **INTERNATIONAL AIRPORT BOARD,** | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT DALLAS-FORT WORTH INTERNATIONAL AIRPORT BOARD'S MOTION FOR ENTRY OF FINAL JUDGMENT

TO THE HONORABLE COURT:

Defendant, Dallas-Fort Worth International Airport Board ("DFW"), moves for an order of final judgment against Plaintiff Nathaniel King ("Plaintiff") pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment (EFC No. 41).

### PRAYER

WHEREFORE, PREMISES CONSIDERED, DFW respectfully requests that the Court grant its Motion for Entry of Final Judgment, that a final order be issued in this case disposing of all parties and claims, and that Plaintiff's lawsuit be dismissed with prejudice in its entirety.

Respectfully submitted,

By: */s/ Caroline C. Harrison*

Caroline C. Harrison
State Bar No. 24046034
charrison@phamharrison.com
Spencer M. Mainka
State Bar No. 24116707
smainka@phamharrison.com
PHAM HARRISON, LLP
505 Pecan Street, Suite 200
Fort Worth, Texas 76102
(817) 632-6300
(817) 632-6313 – Fax

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby acknowledges that a true and correct copy of the above-mentioned document was served in accordance with the Federal Rules of Civil Procedure on this the 6th day of October, 2023, on counsel for Plaintiff as follows:

Wes Dauphinot
Law Offices of Wes Dauphinot, P.C.
900 West Abram
Arlington, Texas 76103
wes@dauphinotlawfirm.com

Hani F. Kobty
Kobty Law Firm
900 West Abram
Arlington, Texas 76103
hani@kotbylawfirm.com

**ATTORNEYS FOR PLAINTIFF**

  */s/ Caroline C. Harrison*
  Caroline C. Harrison