UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NATHANIEL KING,**

   Plaintiff,

v.                                 No. 4:22-cv-00929-P

**DFW INTERNATIONAL AIRPORT BOARD,**

   Defendant.

# FINAL JUDGMENT

In accordance with the Court's summary judgment order entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff's complaint is **DISMISSED with prejudice**. *See* FED. R. CIV. P. 58.

**SO ORDERED** on this **6th day of October 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE